# CASE ANNOUNCEMENTS

*March 28, 2011*

[Cite as *03/28/2011 Case Announcements #2*, 2011-Ohio-1477.]

## MOTION AND PROCEDURAL RULINGS

**2011–0417. State v. Pavlich.**
Erie App. No. E–10–011, 2011-Ohio-802. This cause is pending before the court as a discretionary appeal and claimed appeal of right.

Upon consideration of appellant's motion for emergency and immediate stay pending appeal to the

1436

Supreme Court of Ohio, it is ordered by the court that the motion is denied.

O'DONNELL, J., dissents.

LANZINGER, J., not participating.

# CASE ANNOUNCEMENTS

*March 30, 2011*

[Cite as *03/30/2011 Case Announcements*, 2011-Ohio-1508.]

## MOTION AND PROCEDURAL RULINGS